| | | | |
|---|---|---|---|
| Bomar v. Fox .................... | 902 WDA 2015 Affirmed | 02/22/2017 | Docket Case No. 34 Misc. 2014 (Greene) |
| Matter of Estate of Albert; Appeal of Pezulla ......................... | 1550 WDA 2015 Affirmed | 02/22/2017 | 72–238 (Clearfield) |
| Com. v. Byars ..................... | 1740 WDA 2015 Affirmed | 02/22/2017 | CP–02–CR–0009814–2011 CP–02–CR–0009815–2011 CP–02–CR–0009816–2011 CP–02–CR–0009817–2011 CP–02–CR–0009824–2011 CP–02–CR–0009825–2011 CP–02–CR–0009826–2011 CP–02–CR–0009827–2011 CP–02–CR–0011638–2011 CP–02–CR–0011639–2011 CP–02–CR–0011640–2011 CP–02–CR–0011641–2011 (Allegheny) |
| Com. v. McDaniel .................. | 1819 WDA 2015 Affirmed | 02/22/2017 | CP–02–CR–0000098–2014 (Allegheny) |
| Com. v. Kennedy ................... | 1913 WDA 2015 Affirmed | 02/22/2017 | CP–02–CR–0013109–2014 (Allegheny) |
| Estate of Swackhammer; Appeal of Swackhammer ..................... | 323 WDA 2016 Affirmed | 02/22/2017 | 65–15–241 (Westmoreland) |
| Addison v. Heckman ................ | 668 WDA 2016 Affirmed, Reversed and Remanded | 02/22/2017 | No. 1823 of 2014 (Westmoreland) |
| Com. v. Allen [19] ................... | 965 WDA 2016 Quashed | 02/22/2017 | CP–17–CR–0000738–1995 (Clearfield) |
| Com. v. Clancy .................... | 1037 WDA 2016 Affirmed | 02/22/2017 | CP–04–CR–0001902–2012 (Beaver) |
| Chizmar v. Chizmar ................ | 1089 WDA 2016 Affirmed | 02/22/2017 | FD 2013–191S (Crawford) |
| Com. v. Hartley ................... | 1248 WDA 2016 Affirmed | 02/22/2017 | CP–26–CR–0001875–2015 (Fayette) |

[19.] Petition for reargument denied April 5, 2017.